# MEMORANDUM CASE.

[Crim. No. 2306.  In Bank.—April 16, 1920.]

In the Matter of DANIEL O'CONNELL.

ATTORNEY AT LAW—DISBARMENT PROCEEDING—CONVICTION OF FELONY—
PENDENCY OF APPEAL—POSTPONEMENT OF PROCEEDING.—Upon the
authority of *Matter of Riccardi, ante,* p. 675, action on proceeding
for disbarment of an attorney at law deferred pending appeal of
attorney from judgment of conviction of felony involving moral
turpitude.

PROCEEDING for disbarment of an attorney at law
based upon judgment of conviction of felony involving
moral turpitude. Action deferred pending appeal from
judgment.

The facts are in all material respects the same as those in
the *Matter of Riccardi, ante,* p. 675.

Jeremiah F. Sullivan for Petitioner.

THE COURT.—The facts in this case are in all material
respects the same as those in the *Matter of Riccardi, ante,*
p. 675, [189 Pac. 694]. The conviction of the accused was
in the United States district court of the northern district
of California, and was for conspiring to violate the acts of
Congress of May 18, 1917, and June 15, 1917, and the case is
pending on writ of error in the United States supreme court.

It is ordered that action upon the certified copy of the
judgment presented be deferred pending the determination of
the appeal of the attorney from such judgment.

OLNEY, J., Dissenting.—I dissent for the reasons given
in the dissenting opinion in the companion case of Riccardi.

Lawlor, J., concurred.

LENNON, J., Dissenting.—For the reasons given in my
dissent from the prevailing court opinion in the *Matter of
Riccardi, ante,* p. 675, [189 Pac. 694], I dissent from the
prevailing opinion in the instant case.

Rehearing denied.

Lawlor, J., Lennon, J., and Olney, J., dissented from order
denying a rehearing.